UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 4:17-CV-10056

MICHAEL S. KNEZEVICH,

    Plaintiff,

v.

WILLIAM REAGAN PTOMEY,
PATRICK McCULLAH, and
MATTHEW J. WILDNER,

    Defendants.
_____/

## NOTICE OF REMOVAL

    COMES NOW Defendant WILLIAM REAGAN PTOMEY (hereinafter "Judge Ptomey"), by and through undersigned counsel, and pursuant to Title 28 U.S.C. §1441, hereby file this Notice of Removal from the Sixteenth Judicial Circuit Court in and for Monroe County, Florida under case number 2017-CA-185 to the United States District Court, Southern District of Florida.  As grounds for removal, Judge Ptomey states:

1) This action was filed on April 11, 2017 in the Circuit Court of the 16th Judicial Circuit for Monroe County. [D.E. 1-1 pg. 1].

2) Plaintiff served Judge Ptomey with the original Complaint on May 17, 2017.

3) On June 5, 2017, Plaintiff filed his First Amended Complaint which raised, for the first time, allegations under 42 U.S.C. § 1983. [D.E. 1-1, pgs. 51-60].

4) Attached hereto as "Composite 1" are copies of the original Complaint, the First Amended Complaint, and all other documents filed in the suit to date.  Also attached is a

    copy of the on-line Eleventh Judicial Circuit docket as pertaining to case number 2017-CA-185. [D.E. 1-1, pg. 76].

5) Composite 1 represents all documents served on Judge Ptomey in connection with this cause.

6) Plaintiff's complaint alleges that Judge Ptomey conspired with the other defendants in violation of Plaintiff's rights under the privileges and immunities clause of the United States Constitution, in violation of 42 U.S.C. § 1983. [D.E. 1-1, pg. 53]. This Court, thus, has original jurisdiction of this cause pursuant to 28 U.S.C. §1331.

7) This Court, pursuant to 28 U.S.C. § 1367(a), has supplemental jurisdiction over any cognizable state law claims, as the state claims and the federal claims form part of the same case or controversy. Claims form a single case or controversy where the state and federal claims arise from "a common nucleus of operative facts" such that they would ordinarily be tried together in a single proceeding. United Mine Workers v. Gibbs, 388 U.S. 715, 726 (1966). Here, the claims arise from a common nucleus of operative facts: the proceedings in Plaintiff's small claims case.

8) Defendants PATRICK McCULLAH and MATTHEW J. WILDNER, consented to removal, through their counsel, on June 19, 2017.

9) Currently pending in the Southern District is Michael S. Knezevich v. William Reagan Ptomey, 17-CV-10033-MARTINEZ/OTAZO-REYES. The instant case qualifies as a "similar" case, under IOP 2.15.00(c). The two cases address the exact same facts and controversy.

10) In compliance with 28 U.S.C. §1446(d), the undersigned shall serve a copy of this Notice of Removal upon the Plaintiff, and will file a copy of this notice with the Clerk of the

Sixteenth Judicial Circuit Court in and for Monroe County, Florida immediately hereafter.

WHEREFORE, for the foregoing reasons, Judge Ptomey requests this Court remove case number 2017-CA-185, <u>Michael S. Knezevich v. William Regan Ptomey, Patrick McCullah, and Matthew J. Wildner</u>, from the Sixteenth Judicial Circuit of Florida, and issue all proper and necessary orders to bring said case before this Honorable Court.

        Respectfully submitted,

        PAMELA JO BONDI
        ATTORNEY GENERAL

        /s/ Madeleine Mannello Scott
        Madeleine Mannello Scott
        Assistant Attorney General
        Madeleine.MannelloScott@myfloridalegal.com
        Fla. Bar No: 83843
        OFFICE OF THE ATTORNEY GENERAL
        110 S.E. 6th Street, 10th Floor
        Ft. Lauderdale, Florida 33301
        Telephone: 954-712-4600
        Facsimile: 954-527-3702
        Attorney for Judge Ptomey

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on June 19, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served on this date on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices or Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are authorized to receive electronically Notices of Electronic Filing.

        /s/ Madeleine Mannello Scott_____
        Madeleine Mannello Scott
        Assistant Attorney General

## SERVICE LIST
Michael S. Knezevich v. William Reagan Ptomey, et al.
United States District Court, Southern District of Florida
Case No.: 4:17-CV-10056

Michael S. Knezevich
16533 Sandhill Crane Drive
Spring Hill, Florida 34610

Bruce W. Jolly
Purdy, Jolly, Giuffredda & Barranco, P.A.
2455 East Sunrise Boulevard, Suite 1216
Fort Lauderdale, Florida 33304
bruce@purdylaw.com Susie@purdylaw.com
Attorney for Defendants Patrick McCullah
and Mathew J. Wildner